

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Dr. Theresa Hearn-Haynes v. Candlelight Hills

Appellate case number:   01-11-00584-CV

Trial court case number: 2009-81797

Trial court:             151st District Court of Harris County

It is ordered that the December 4, 2012 motion to stay the mandate, requesting a stay of the mandate and an award of attorney's fees, is **denied**. It is further ordered that appellant's October 18, 2012 request that we stay the mandate is **denied**.


Judge's signature: /s/ Harvey Brown
                    Acting individually

Date: December 12, 2012